UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>George Allicon</u>

    v.                                                  Case No. 21-cv-1042-JL

<u>US Social Security Administration</u>

<u>ORDER</u>

After due consideration of the endorsed order denying the motion for reconsideration re report and recommendation, and the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 9, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: April 7, 2022

cc: George Allicon, pro se